DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '07 JAN 25 10:09 USDC-ORP

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

William Koch

        Plaintiff,

vs.

Commissioner of Social Security

        Defendant.

Civil No. 06-cv-00444-ST

**ORDER GRANTING AWARD
OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$4.92**, costs in the amount of **$6.60**, and attorney's fees in the amount of **$3575.11** for total in the amount of **$3586.63**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 24th day of January, 2007.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**